IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| NORTHWEST AIRLINES, INC., Plaintiff, vs. Tim Dewey, d/b/a World Perk Cafe, Defendant. | Case No. 00-879<br>Judge Rosenbaum |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Northwest Airlines, Inc., through its undersigned attorneys, hereby dismisses the above-captioned civil action without prejudice.

DORSEY & WHITNEY LLP

Dated: July 31, 2000

By ______________________

Joshua J. Burke (#257011)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-5642
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: August 2nd, 2000

______________________
United States District Judge

AUG 02 2000
FILED FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(2)